UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
United States of America              :
                                      :
                                      :
        - against -                   :         CR 14-652(KAM) (vms)
                                      :
    Chaim Gali                        :         CR 15-098 (KAM)
                                      :
------------------------------------------------------x

VERA M. SCANLON, U.S.M.J.:


### CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE VERA M. SCANLON


    United States Magistrate Judge Vera M. Scanlon has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Vera M. Scanlon. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Vera M. Scanlon.


_____
Defendant

Kelly T. Currie
United States Attorney, E.D.N.Y.            Attorney for the Defendant

By: _____
    Assistant United States Attorney    /s/ [Counsel]
                                        DOJ Consumer Protection Branch

Dated: 8/4/15
        Brooklyn, New York


s/VMS

, U.S.M.J.     8/4/15.