**DOCKET NUMBER:** <u>CR 14-652(KAM)</u>

### CRIMINAL CAUSE FOR Pleading

**BEFORE JUDGE:** Vera M. Scanlon, USMJ    **DATE:** 8/4/15    **TIME IN COURT___MINS**

**DEFENDANT'S NAME:** <u>Chaim Gali</u>    **DEFENDANT'S #:** <u>1</u>

☒ Present    ☐ Not Present    ☐ Custody    ☒ Not Custody

**DEFENSE COUNSEL:** <u>Michael Elbaz</u>

☐ Federal Defender    ☐ CJA    ☒ Retained

**A.U.S.A.:** <u>Catherine Mirabile</u> | Linda Marks

**CASE MANAGER OR MAGISTRATE CLERICAL:** <u>Krista Quinlan</u>

**FTR:** 10:59 - 12:17

**INTERPRETER:**_____ **LANGUAGE:**_____

☒ Case Called
☒ Change of Plea Hearing
☒ Deft. Sworn and Informed of Rights
☒ Deft. Withdraws Not Guilty Plea and Enters a Plea of Guilty to  count 2
☒ Court Finds Factual Basis for the Plea
☒ Deft. Continued on Bail
☒ Sentencing set for 1/14/16
☒ Transcript Ordered

**UTILITIES**

☒ ~Util-Plea Entered    ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset
☐ ~Util-Ex parte Matter    ☐ ~Util-Indictment Unsealed
☐ ~Util-Information Unsealed

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES    ☐ NO

**TEXT:** Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.

Defense counsel requests to remove electronic monitoring. Gov't does not oppose; court grants application. The court requires a letter from surety (Suri David) consenting to the modification within a week.